1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      KOHEN DIALLO UHURU,                      No.  2:20-cv-2088 KJM KJN P

12                 Plaintiff,

13            v.                                 ORDER

14      CHERYLINE MANCUSI, et al.,

15                 Defendants.

16

17           Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

18      under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19      by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20           On June 25, 2021, the magistrate judge filed findings and recommendations, which were

21      served on plaintiff and which contained notice to plaintiff that any objections to the findings and

22      recommendations were to be filed within fourteen days.  Plaintiff filed objections to the findings

23      and recommendations.

24           In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25      court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the

26      findings and recommendations to be supported by the record and by the proper analysis.  The

27      court writes separately to note that plaintiff's allegations concerning his mental health do not,

28      without more, support a finding that he has met the required showing of "imminent danger of

1

1   serious physical injury" to support application of 28 U.S.C. § 1915(g).  *Cf. Sanders v. Melvin*,

2   873 F.3d 957, 961 (7th Cir. 2017) ("imminent danger of serious physical injury" requirement may

3   be satisfied by prisoner's allegation that his mental illness "disposes him to self-harm" combined

4   with allegations showing "the prospect of self-harm is a consequence of the condition that

5   prompted the suit").

6          Accordingly, IT IS HEREBY ORDERED that:

7          1.  The findings and recommendations filed June 25, 2021, are adopted in full;

8          2.  Plaintiff's application to proceed in forma pauperis (ECF No. 2) is denied;

9          3.  Plaintiff is ordered to pay the $402.00 filing fee within thirty day of the date of this

10  order; and.

11         4.  This matter is referred back to the assigned magistrate judge for all further pretrial

12  matters.

13  DATED:  September 28, 2021.

14

15  _____

16  CHIEF UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2