UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO UHURU,<br><br>   Plaintiff,<br><br>   v.<br><br>CHERYLINE MANCUSI, et al.,<br><br>   Defendants. | No.  2:20-cv-2088 KJM KJN P<br><br>FINDINGS AND RECOMMENDATIONS |

   By an order filed September 28, 2021, plaintiff was ordered to pay, within thirty days, the $402.00 filing fee.  (ECF No. 16.)  Such order adopted the June 25, 2021 findings and recommendations that cautioned plaintiff that his failure to pay the filing fee would result in a recommendation that this action be dismissed.  (ECF No. 14 at 6.)  Thirty days have now passed, and plaintiff has not paid the court's filing fee, or otherwise responded to the court's order.

   Indeed, on October 6, 2021, plaintiff's copy of the September 28, 2021 order was returned, marked "undeliverable, return to sender, refused."  Id.  Despite such return, plaintiff was properly served.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

   In accordance with the above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

////

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  November 12, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/uhur2088.fpf